In the Matter of the Application of MIRKIN & SON IRON WORKS, INC., Appellant, for an Order Directing ABRAHAM H. SPIGELGASS, an Attorney, Respondent, to Turn over Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of GEORGE L. WEED and WAYNE W. WILSON, as Executors, etc., of CHARLOTTE BARNETT, Deceased. In the Matter of the Petition of LILLIAN BARNETT, Respondent, to Vacate and Set Aside a Decree Judicially Settling the Accounts of GEORGE L. WEED and WAYNE W. WILSON, as Executors, etc., of CHARLOTTE BARNETT, Deceased, and to Compel Such Executors and Trustees to Render and Settle a Full and True Account as Such. WAYNE W. WILSON, as Executor and Trustee, etc., Appellant.— The ruling of the learned surrogate that these testamentary trustees had no authority to break into the capital of this trust property, is amply sustained by the terms of the will, which gave only income to the grandchildren before they should arrive at the age of twenty-one. Such payments were an unauthorized invasion of the principal, which the trustees had no right to break into. (*Matter of Fero,* 9 How. Pr. 85; *Deen* v. *Cozzens,* 7 Robt. 178, 190; *Cass* v. *Cass,* 15 App. Div. 235, 239.) The will gave authority to pay over income. In view of all the facts, we modify the decree to the extent that interest on $505.46 runs from January 20, 1915, when the petitioner came of age. As thus modified the decree of the Surrogate's Court of Kings county is affirmed, without costs. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred. Order to be settled on notice.

LEA LEWIS, Appellant, v. THE CITY OF NEW YORK and BROOKLYN HEIGHTS RAILROAD COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

WILLIAM J. LOGAN, Respondent, v. THE NEW YORK SUGAR REFINING COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, the demurrer to the new matter in defendant's answer overruled, and motion denied, with ten dollars costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.